IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BENJAMIN PITTS,                                                                                    PLAINTIFF
ADC #148011

v.                                      4:21-cv-00936-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 7th day of January 2022.

_____
UNITED STATES DISTRICT JUDGE